# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR114 |
| v. | |
| SHAWN SANDMAN, | ORDER |
| Defendant. | |

This matter is before the court on defendant's Motion to Revoke Order Setting Conditions of Release and Waiver of Detention Hearing [29]. For good cause shown, I find the motion should be granted.

**IT IS ORDERED:**

1. The defendant's Motion to Revoke Order Setting Conditions of Release and Waiver of Detention Hearing [29] is granted.
2. The Petition for Action on Conditions of Pretrial Release [17] is dismissed as moot without prejudice.
3. The May 2, 2018 Order Setting Conditions of Release [12] is hereby revoked.
4. The Detention Hearing and Disposition Hearing scheduled on 8/21/2018 at 10:00 AM are canceled.
5. The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the court of the United States or on the request of an attorney for the government, the person in charge of the correctional facility shall deliver the defendant to the United States Marshal for purpose of an appearance in connection with a court proceeding.

Dated this 17th day of August, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge